```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A04-0173--CV (JKS)
                        "CYNTHIA SKY V MARC ANTRIM"

              Including terminated parties, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
        Referral Rule:  PSLC
                Filed: 08/13/04
               Closed: 10/12/04

         Jurisdiction: (3) Federal Question (US Govt not a Party)
        PLF Diversity:
        DEF Diversity:

       Nature of Suit: (530) Habeas Corpus: General

               Origin: (1) Original Proceeding
               Demand:
           Filing fee: Paid $150.00 on 08/13/04 receipt # 00123767
             Trial by:


Parties of Record:                             Counsel of Record:
─────────────────────────────────────────────────────────────────────────────
PLF 1.1            SKY, CYNTHIA                Cynthia Sky
                                               Pro Per
                                               Hiland Mountain Correctional Ctr
                                               9101 Hesterberg Road
                                               Eagle River, AK 99577


DEF 1.1            ANTRIM, MARC                No counsel found for this party!
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A04-0173--CV (JKS)
                                  "CYNTHIA SKY V MARC ANTRIM"

                                      For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  PSLC
             Filed: 08/13/04
            Closed: 10/12/04

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (530) Habeas Corpus: General

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 08/13/04 receipt # 00123767
          Trial by:


Document #    Filed     Docket text

    1 -  1    08/13/04  PLF 1 Petition for Writ of H/C per 28:2254 w/exh.

    2 -  1    08/13/04  PLF 1 motion for Joinder to Dick Sky's Petition for Writ of Habeas
                        Corpus.

    3 -  1    08/17/04  JKS Order denying mot for joinder to Dick Sky's Pet for Writ of H/C
                        (2-1); plf has until 9/16/04 to amend pet. cc: cnsl w/form PS03, PSLC

    4 -  1    09/16/04  PLF 1 motion to withdraw petition without penalty or prejudice w/att.

    5 -  1    10/12/04  RRB Minute Order granting motion to withdraw petition without penalty or
                        prejudice (4-1); case is closed.  cc: cnsl, Judge Singleton
```